AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>Robert Daniel Rissman,<br><br>Defendant | Case No.  2:22-mj-02708-DUTY |

LODGED
CLERK, U.S. DISTRICT COURT
7/13/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___cd___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
7/13/22
CENTRAL DISTRICT OF CALIFORNIA
BY: ___slo___ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of April 4, 2022 in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Merrilee Goodwin, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 7/13/22

*John E. McDermott*
Judge's signature

City and state: Los Angeles, California

Hon. John E. McDermott, U.S. Magistrate Judge
*Printed name and title*

AUSA: El-Amamy x0552

**AFFIDAVIT**

I, Merrilee Goodwin, being duly sworn, declare and state as follows:

## I.   INTRODUCTION

1.   I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 1998.  I am currently assigned to a Domestic Terrorism Squad of the Los Angeles Field Office, where I primarily investigate people who commit violent criminal acts in furtherance of their political or social ideology, and investigate threats associated with the nefarious use of chemical, biological, radiological, nuclear, and explosive materials.  In this capacity, I investigate federal crimes pertaining to terrorism and have gained experience in cyber-based matters including those involving dark web markets.  As a result, I am familiar with the methods used by criminals in furtherance of their criminal activities in both the virtual and physical worlds, and I have received both formal and informal training from the FBI and other institutions regarding cyber and computer crime investigations and review of digital devices.  As a Special Agent, I completed the FBI Academy in Quantico, Virginia, and received training to include the fundamentals of law, ethics, interviewing, report writing, firearms, surveillance, defensive tactics, and case management.  I have also received training regarding the methods of operations of individuals who distribute drugs and commit crimes involving firearms.

## II. **PURPOSE OF AFFIDAVIT**

2.  This affidavit is made in support of a criminal complaint against, and arrest warrant for, ROBERT DANIEL RISSMAN ("RISSMAN") for a violation of Title 18, United States Code, Section 922(g)(1): Felon in Possession of a Firearm and Ammunition (the "Subject Offense").

3.  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, with typographical errors in the original, and all dates and times are approximate.

## III. **STATEMENT OF PROBABLE CAUSE**

4.  Based on my training and experience and review of reports and records seized in this case, including RISSMAN's communications obtained pursuant to three federal search warrants,[1] evidence shows that for several months, RISSMAN, a

---

[1] On April 20, 2021, the Honorable Alexander F. MacKinnon, United States Magistrate Judge, issued a warrant in Case Number 21-MJ-01940 (C.D. Cal.) authorizing the search of RISSMAN's Facebook account for racketeering, narcotics, and identity theft evidence.  On March 3, 2021, Judge MacKinnon issued a warrant in Case Number 22-MJ-00872 (C.D. Cal.) authorizing the search of the Facebook account belonging to RISSMAN's associate, S.N. for narcotics, firearms, fraud, and access device evidence.  On May 12, 2022, the Honorable Charles F. Eick, United States
*(footnote cont'd on next page)*

convicted felon, possessed firearms, firearms components, and ammunition. On April 4, 2022, Los Angeles Sheriff's Department personnel arrested RISSMAN in possession of firearms and ammunition.

    A.    **RISSMAN Uses His Facebook Account to Discuss His Possession of Firearms and Ammunition and His Felony Status**

    5.    Based on my review of the contents of RISSMAN and Facebook user S.N.'s Facebook accounts, I am aware of the following:

    1.    <u>January 29, 2022</u>

    a.    On January 29, 2022, RISSMAN and Facebook user S.N. engaged in the following Facebook message exchange:

    S.N.:    How many more switches do u need

    [. . .]

    S.N.:    So I can print them now

    S.N.:    Cuz they take a min to print

    RISSMAN:    5 would be a great start

    RISSMAN:    Itd be enough for now

    RISSMAN:    Thankyou [Facebook user S.N.]

    S.N.:    U got 5 glocks to use them?

    S.N.:    Lol

    RISSMAN:    And obviously our whole convo is gone

    S.N.:    Fasho

    S.N.:    I got u

    RISSMAN:    I got 3 theres a 4th here not mine and a 5th

---

Magistrate Judge, issued a warrant in Case Number 22-MJ-01848 (C.D. Cal.) authorizing the search of RISSMAN's Facebook account for firearms, access device, and fraud evidence.

       cuz they are plastic in case one breaks or melts

 b. Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, RISSMAN asked Facebook user S.N. to supply him with five auto sears,[2] and informed Facebook user S.N. that he presently had access to four Glock firearms.

 2. <u>February 24, 2022</u>

 a. On February 24, 2022, RISSMAN and Facebook user T.L. engaged in the following Facebook message exchange:

  T.L.: I had a bunch of illegal ammo that was left and stupid people stole them all

  T.L.: Boxes worth

  RISSMAN: Damn i could have used it lol

  T.L.: People suck

  RISSMAN: Yeah they do

  RISSMAN: Oh and btw im a felon so NONE of my guns are even remotely legal

---

[2] Based on my training and experience, I am aware that the terms "auto sear" and "auto switch" are often used interchangeably to refer to a firearm part that is used to convert a weapon to shoot automatically.

Later in the exchange, RISSMAN sent the following photograph:



RISSMAN: My ILLEGAL gun collection

RISSMAN: Lol

b. Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, RISSMAN admitted that he was a convicted felon, and described the firearms he illegally possessed.

3. March 4, 2022

a. On March 4, 2022, RISSMAN and Facebook user T.L. engaged in the following Facebook message exchange:

RISSMAN: I dont need more guns as it is my collection is federal territory at this point lololol

RISSMAN: Just the one being full auto nevermind the silencer or the assault rifle which is the same one i carried in iraq

RISSMAN: Or the fact none of them except one has any

5

                              serial numbers

RISSMAN:   And barrell and firing pin are swapped on the one that does nevermind it being registered to someone in oregon

RISSMAN:   Oh and that particular one happens to be both illegal and the same gun fbi agents carry

RISSMAN:   🤣😁🤣😁🤣😁

RISSMAN:   Yeah

RISSMAN:   Im an anarchist at heart for sure

       b.    Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, RISSMAN described firearms that he illegally possessed.

       4.    <u>March 24, 2022</u>

       a.    On March 24, 2022, RISSMAN and Facebook user T.L. engaged in the following Facebook message exchange:

RISSMAN:   Im NOT NICE anymore

RISSMAN:   So he and a lot of other people SHOULD be scared now

RISSMAN:   Cuz im mean [as f***] and i hate fentanyl as much as the feds prolly but what im mighty sore about is the fucking machine gun and assault rifle the feds will find when they come looking for the fetty FRANKIE or my sister or downer TOLD them i had.  So WHILE I STILL HAVE a machine gun and assault rifle

```
                    IM GONNA JUST GO AHEAD AND FUCKING PUT EM TO
                    WORK

RISSMAN:   Stop the leak before one of those weak
           fucking links tells them another untrue
           story

RISSMAN:   Or the truth

RISSMAN:   It dont matter see

RISSMAN:   Atf or dea the story ends the same for me

RISSMAN:   So im fucking pissed

T.L.:      Ok wait

RISSMAN:   So imma start by smoking frankie
```

b. Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, RISSMAN stated that he possessed an assault rifle and a machine gun. When RISSMAN stated "Atf or dea the story ends the same for me," I believe he meant that he was ultimately going to be arrested by federal law enforcement officers based on firearms that he illegally possessed.

**B.  RISSMAN Possessed Firearms and Ammunition on April 4, 2022**

6. Based on my review of a report prepared by Los Angeles Sheriff's Department ("LASD") Deputy Avila, I am aware of the following:

a. On April 4, 2022, at approximately 6:46 a.m., Deputy Avila was conducting patrol in his patrol vehicle on Soledad Canyon Road. He observed two men that appeared to be unconscious in a 2002 black Audi vehicle (the "SUBJECT VEHICLE")

7

that was on and running. The SUBJECT VEHICLE had expired registration in violation of California Vehicle Code Section 4000(a)(1). Deputy Avila approached the SUBJECT VEHICLE to conduct a welfare check on the two men, as well as issue a warning or citation regarding the expired registration.

      b.   RISSMAN was in the driver's seat of the SUBJECT VEHICLE, and R.P. was in the passenger's seat. Deputy Avila saw a glass narcotics pipe in plain view on R.P.'s lap. He opened the driver's side door of the SUBJECT VEHICLE to wake up RISSMAN and R.P., and detained RISSMAN and R.P.

      c.   Deputy Avila asked RISSMAN if he could remove the items from RISSMAN's person and place them on the SUBJECT VEHICLE. RISSMAN consented. During the search, Deputy Avila located a plastic baggie that appeared to contain methamphetamine, a baggie that appeared to contain Xanax pills, an unused hypodermic syringe, and a loaded 9mm Glock magazine.

      d.   Deputy Avila next searched the SUBJECT VEHICLE. He located a loaded 9mm Glock handgun and an un-serialized manufactured "ghost gun" in the back seat directly behind the driver's seat. In total, Deputy Avila seized two firearms and 29 rounds of ammunition from RISSMAN and the SUBJECT VEHICLE.

      e.   Deputy Avila also located a glass pipe that appeared to contain methamphetamine residue on the floor of the passenger's seat and a zip lock bag that appeared to contain heroin from the passenger's door.

  f. Using LASD departmental resources, Deputy Avila determined that the 9mm Glock firearm was stolen and that RISSMAN was a convicted felon.

  g. While Deputy Avila was conducting his investigation, R.P. spontaneously stated that he was not the owner of the SUBJECT VEHICLE and anything in the SUBJECT VEHICLE was not his. RISSMAN spontaneously stated that he is a drug addict that that his only crime was being in possession of the drugs in the SUBJECT VEHICLE.

  h. Deputy Avila placed RISSMAN under arrest and transported RISSMAN to the Santa Clarita Sheriff's station for booking, and cited R.P. and released him at the direction of the LASD Watch Commander.

 7. Based on my review of the contents of RISSMAN's Facebook account, I am aware of the following:

  1. <u>April 6, 2022</u>

  a. On April 6, 2022, RISSMAN and Facebook user S.N. engaged in the following Facebook message exchange:

  S.N.: Yoo
  RISSMAN: Whatup broo
  S.N.: U out?
  RISSMAN: Yep
  RISSMAN: Made bail
  RISSMAN: Dont worry i didnt tell on you 🤭
  S.N.: I tried to get u out on bail
  RISSMAN: Not in my nature

Later in the conversation, RISSMAN and Facebook user S.N. engaged the following exchange:

S.N.: [What the f***] happened[?]

. . .

RISSMAN: I fell asleep in my car

RISSMAN: In the wrong area

S.N.: Ur lying

RISSMAN: Woke up being ripped out the car by the cops

RISSMAN: I got action tho

RISSMAN: Cuz im not on parole or probation

RISSMAN: They didnt even know my name

S.N.: So what did they charge u with?

RISSMAN: Let alone get consent to search

RISSMAN: Felon w a firearm and poss of narcotics

S.N.: Which 1 did they find on u

RISSMAN: 26

RISSMAN: And my 40 cal

S.N.: No way both?!?!

RISSMAN: Yeah but not on me

RISSMAN: In the car

S.N.: Ohh

S.N.: I get it

RISSMAN: Which wasnt in my name and they didnt have a right to search

RISSMAN: So i got action

        Later in the conversation, RISSMAN and Facebook user S.N. engaged the following exchange:

RISSMAN:  Oh i was gonna say

RISSMAN:  The cops got mine

S.N.:     Got ur what?

RISSMAN:  My audi

S.N.:     The 1 teagan sold h

S.N.:     U*

S.N.:     Damn

RISSMAN:  Yeah

S.N.:     Sorry to hear

RISSMAN:  I had it looking nice too

        b.    Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, RISSMAN informed Facebook user S.N. that he was recently arrested for having two firearms in the SUBJECT VEHICLE, but that he was currently out on bail.  Additionally, I believe that when RISSMAN stated, "Dont worry i didnt tell on you☠," he was telling Facebook user S.N. that he did not cooperate with law enforcement and tell law enforcement about Facebook user S.N.'s criminal activities.  Finally, I believe that RISSMAN admitted ownership of the SUBJECT VEHICLE and told Facebook user S.N. that the SUBJECT VEHICLE was still impounded.

        2.    <u>April 8, 2022</u>

        a.    On April 8, 2022, RISSMAN and Facebook user R.R. engaged in the following Facebook message exchange:

        RISSMAN:  [R.R.] i need your help dawg

11

        RISSMAN:  My cars at the impound

        RISSMAN:  I caught a gun case and made bail

        RISSMAN:  But im trying to get my shit out of inpound

        RISSMAN:  Its up to like 300 now

        RISSMAN:  Got anything on it?

        R.R.:     [At the moment] nah but gonna try and come up with something today..

        RISSMAN:  Please dawg thankyou

        R.R.:     [No problem]

    b.  Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, RISSMAN informed Facebook user R.R. that he was recently arrested and was out on bail.  I believe RISSMAN informed Facebook user R.R. that the SUBJECT VEHICLE had been impounded at the time of his arrest, and that he needed money to release the SUBJECT VEHICLE.

    3.  <u>April 8, 2022</u>

    a.  On April 8, 2022, RISSMAN and Facebook user M.P. engaged in the following Facebook message exchange:

        RISSMAN:  [Facebook user M.P.] i gotta get my car out of impound but if i put it in my name it makes it harder to beat my case

        RISSMAN:  Since you werent there when i got busted they cant say shit to you

        RISSMAN:  Can we put it in yours?

        RISSMAN:  I trust you

        RISSMAN:  I need to do the change of title to someones

```
                    name and i cant use mine it makes it harder
                    to beat my case
      RISSMAN:      And i gotta come up with some money and get
                    it out of impound soon..
      RISSMAN:      It was 200 yesterday
      RISSMAN:      The cars worth 4 grand
      RISSMAN:      And i got an attorney to pay for
      M.P.:         U can put it in my name sure I ain't shit
                    for money right now but I got a license with
                    perfect driving record so u can put it in my
                    name n I will go wherever I need to so we
                    can get it out... lemme talk to bones he
                    just got out so idk how he is lookin on
                    funds but so long as he gets paid back
                    eventually I'd he's got the funds I kno he'd
                    help out
```

b. Based on my training, experience, and knowledge of the investigation, I believe that, during this Facebook message exchange, RISSMAN informed Facebook user M.P. that he was recently arrested and that the SUBJECT VEHICLE had been impounded. I believe that RISSMAN asked if he could register the SUBJECT VEHICLE in Facebook user M.P.'s name so that it would make it more difficult to prove that RISSMAN possessed the firearms in the SUBJECT VEHICLE.

13

**C.   The Firearm and Ammunition Moved in Interstate and Foreign Commerce**

8.   Based on my review of a report that was prepared by FBI Special Agent Trevor Twitchell, I am aware of the following:

   a.   Special Agent Twitchell examined the two firearms and 29 rounds of ammunition that Deputy Avila seized from RISSMAN on April 4, 2022.

   b.   The two firearms that Deputy Avila seized from RISSMAN were:

      i.   a Glock, Model: 22, .40 caliber pistol with serial number BDNF742; and

      ii.   a 9mm caliber pistol with no visible serial number.

   c.   Special Agent Twitchell determined that the Glock, Model: 22, .40 caliber pistol was either manufactured in Georgia or in a foreign country.

9.   Deputy Avila seized 21 rounds of 9mm ammunition and eight rounds of .40 caliber ammunition.  All 29 rounds of ammunition were manufactured outside of the state of California.

**D.   RISSMAN is a Convicted Felon**

10.   Based on my review of certified felony conviction documents, I am aware that RISSMAN has sustained the following felony convictions, namely:

   a.   Intent to Defraud, in violation of California Penal Code Section 530.5(c)(3), in the Superior Court of the State of California, County of Los Angeles, Case Number LA079934, on or about December 29, 2014; and

14

      b.    Evading Arrest, in violation of California Vehicle Code Section 2800.2, in the Superior Court of the State of California, County of Riverside, Case Number RIF1702696, on or about August 4, 2017.

## IV. CONCLUSION

11.    For the reasons described above, I respectfully submit there is probable cause to issue the requested criminal complaint and arrest warrant.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this <u>13th</u> day of
July, 2022.

*John E. McDermott*

UNITED STATES MAGISTRATE JUDGE