NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Richard W. Raynor
Law Office of Richard W. Raynor
407 N. Pacific Coast Highway, Suite 280
Redondo Beach, CA 90277
Tel. (424) 257-0284
Fax (424) 258-9462
e-mail: richard@richardraynor.com          Attorney for Robert Rissman

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:22-cr-00338-ODW-001 |
| v. | |
| Robert Daniel Rissman | |
| DEFENDANT. | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant Robert Daniel Rissman
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____  by order dated: _____

☑ Magistrate Judge Alicia G. Rosenberg _____  by order dated: July 13, 2022

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

The Veteran's Adminstration has identified Robert Rissman as having a 100% disability, combat service related, and therefore eligible for services from the VA, to include a consult for placement in a 30 day inpatient facility for stabilization, further inpatient placement at the Domicilliary or other facility, and further counseling and treatement to be received on an outpatient basis.  Robert Rissman now proposes a bond of $50,000 supported by five affidavits of surety of $10,000 each.

Relief sought *(be specific):*

Set conditions of release, requiring $50,000 bond, and requiring initial inpatient placement at dual diagnosis treatement facility, such as Tarzana Treatment Center, or other equivalent VA contract facility, for a minimum of 30 days, followed by any combination of inpatient and/or outpatient treatment for addiction and mental health issues deemed appropriate by the VA.

Counsel for the defendant and plaintiff United States Government consulted on August 29, 2022
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation
on August 29, 2022 _____ .

An interpreter is ☐ required ☑ not required.  Language _____
Defendant is ☑ in custody ☐ not in custody.

| August 29, 2022 | Richard W. Raynor, Attorney for Robert Rissman |
|---|---|
| Date | Moving Party |

APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (06/07)