UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.    2:22-CR-00338-RGK-1                                      Date: OCTOBER 7, 2022

Present: The Honorable:    R. GARY KLAUSNER

Interpreter

| K. PASTRANA HERNANDEZ | SHERI KLEEGER | REEMA EL-AMAMY |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| ROBERT DANIEL RISSMAN | X | X | | RICHARD RYANOR, CJA | X | X | |

**Proceedings: EVIDENTIARY HEARING**

Hearing held.
Witnesses placed under oath.
For reasons reflected on the record, the Defendants' Motion to Suppress Evidence [25] and Motion to Suppress Statement [26] are DENIED.
IT IS SO ORDERED.

Cc:

                                                                                      1:14
                                                              **Initials of Deputy Clerk** _____