# Sentencing Letters

1. Paul Blohm
2. Robert Rissman

My name is Paul Blohm I am a Medically Separated 100% Service Connected Honorably Discharged US Army Sgt. I served four years in the National guard and a little over four years active duty. I was separated as a E4 Specialist by my unit. Apon recieving my DOD separation I recieved a Promotion to E5 and permission to pin myself. I was also given credit for ten years service when it came to my medical separation pay.

The main reason I bring this up is my unit tried hard to make me leave in a negative way. They tried to take my rank over nothing and it went nowhere. I was one of the lucky ones. I had a giant support system and just met the right people to help me.

Robert Rissman cannot say the same thing. His support system was small. The people he could lean one were not able to help him or protect him. I write this letter late. This is a major trigger for me in many ways. But Rissman knew then that I had his back and he knows I still do.

I met Rissman 2008 roughly May when I got to the unit. He was a young kid from Cali with a spark in his eye. We deployed to Iraq in August 2008. Our unit wasn't supposed to be there so upon arriving to Kuwait we were asked why we were there. We got out of service tents that needed new HVAC systems. The minute we stepped foot into Iraq on October 31stthings went south. We had few good leaders to lead. The ones we did have couldn't do a thing. As one by one they were all threatened with career ending threats only to tearfully leave us open for many mistreatments physical and mental. The emphasis on the mental. If they could make us snap once we needed help then its not on them. Save the Unit some money. One platoon not allowed to talk to others didn't stop us. Yes we were not allowed to speak to others in our own unit. I was security platoon for our command. One night we spent until 0200 or 0300 in a punishment formation when we had a 10 hour mission at 0500. What stopped it was our temporary First SGT saw it and stopped it.

On the 23rd of December I reported to night shift. Another punishment not deserved when I was temporarily removed from my position as a gunner driver due to a shoulder injury. We were not supposed to go out side the wire for the holidays which means no out side missions. The night of the 23rd we received about 10 inches of rain and in the desert that is very dangerous. The Mn national guard Commanding General Nash was scheduled to visit as we just fell under their command.

I got off my night shift at 0700 the next morning to see the QRF Quick Reaction Force spinning up for a mission. I was confused as they were only sent out after we had been attacked and I was up all night and we had no attacks. I walked over to QRF and saw two of the guys Spa. Zapasnik and Spc Okray. I asked them what was going on. They were

not happy. Apparently one of our Commanding Officers decided we needed to show Gen Nash how tough we were and send ur our protection to do a surveillance mission for no reason to a area we had never been using canal roads that were currently flooded from the ten inches of rain just hours before. I wished them a safe mission and had a cigarette while they geared up. When they started driving for the gate I went to my CHU and went to sleep.

While I was sleeping 3 of our brothers drowned in a upside down humvee. While I slept My platoon and the rest of QRF went out to that canal and tried in vain to save those 3. Rissman was QRF and even closer to those guys then I was. He was in that water on Christmas Eve and no one could save them. Not the Army not the Iraqis that showed up well before we did.

I woke up at 1400 and as soon as I opened my eyes I knew something was wrong it was in the air. I walked out of my CHU and looked over to the truck line and one truck was missing. Every platoon was broke into small circles just standing in silence. I walked up to one of the PSD groups and asked what had happened and no one could speak. One of my guys Fig just pointed to SGT. Smiths Truck. The very truck that had Okray and Zap. To make things worse all out bound went Black River. We talked to our family the day before and said we would call. Then with Black River we could no longer do that and our family's figured it out. Black River is when all communication is blacked out until the family's of the fallen can be told by the Army. So all our family's wondered if it was us that died on xmas eve. They all sat by phones waiting. Three family's phones rang that day. Its rocked us all. From that point forward we all changed.

This wasn't the only traumatic thing to happen to us or Rissman. He has told me stories I didn't know. And we both have stories we lose sleep over nightly to this day. I have a little girl I could have saved that I wasn't allowed to save. She still visits me in my dreams.

When we are home from Iraq 2009 one of the first things said to us was "It didn't take courage to do what you did. That's just your job. It takes courage to ask for help because of what the job did to you." We were all in formation when we were told this. The entire Brigade in one formation all heard this.

When I came to the unit I was a promotable E4 SPC. I should have gotten my rank up in Iraq but didn't due to an injury that never got in the way of my job. It got in the way of my pushups and that meant I wasn't E5 worthy to my PLT SGT. By the time we got back I was the most promotable E4 we had. Most the lower ranked looked to me like a E5 and a leader all ready.

So when told that I was the first lower enlisted to raise my hand and say I need help. I did get the "Help" but I was also labeled a 4th floor nutcase. All of my appointments said just that.

Blohm 0900 4th floor nutcase apt

Very few solders wanted to raise their hand after that. The ones that asked all ended up highly over medicated and some started to lose touch with themselves. We were put on Trasadone Clonopin and many other meds made for psychotics. We were not. The side effect is they give you psychotic episodes. They basically make you crazy. I had a over dose episode where two meds they gave me should have killed me. Its in my record even. Or was in my record.

I had a giant support system to keep in in the fight and helping me stay in a sound mind to be able to fight my unit and get out with a honorable discharge.

Unfortunately Robert did not have that. He was ordered to take meds that were slowly killing him and who he once was worse then Iraq did. The unit got what it wanted and pushed Robert to snap giving them reason to give him more meds. Then in his paranoia he made a giant mistake and gave the unit what it truly wanted. Away to put Robert out with a bad discharge and no benefits of serving. One day they drove him to a truck stop and dropped him off with not one dollar to his name. We were ordered to not help or assist him in anyway or face charges.

One of our brothers went AWOL the next day. He did this to get Robert to his family in Missouri. From that day forward Robbert was stuck on those meds. It wasn't until he got arrested the first time after the Army someone asked who did this to you when seeing his med list.

I was so very luck to have gotten off those meds when I did. I am disabled and am on SSDI at the age of 46. I am about to have a Colostomy bag surgery if we can't figure out my GI issues but I got out with a clean record and an Honorable. I now have a house here in Florida I rent and am doing the best I can.

The only difference between Robert and I is I had the support. It pains me that Robert has slipped past so many people that could have helped. It pains me that I couldn't have done more. It pains me I can't do more. All I know is I was the first name out of Roberts mouth when asked who cares about you. To type this far without tears has been hard but I assure you they are now flowing.

I know Robert has done some things he shouldn't have done. When is someone going to see that s

He is screaming for help. Has been sense we were told it was the right thing to do.

When using words if no one hears we as humans resort to actions. Now mix that with a decade of bad mental heath and the wrong meds and ask if there was any way Robert not end up where he is.

I know I cannot effect the outcome of this in the way I want, all I ask is you take this all into heart when making your decision. If some one would have cared a long time ago Robert would be typing this letter for a different brother that needs it. My entire unit has struggled. From the leaders that abused us to the leaders that failed to protect us to us joes that took the brunt of it. Some have asked for forgiveness some have forgiven. The list of those of us we've lost to that war after it ended is too long to want to think about. Closer to 30 than not. Regardless what you decide Robert will always have me at his back. We never leave another behind. I only wish everyone believed that. Robert got left behind long ago.

Thank you for your time. I tried to make this as short as possible but there is so much to say.


Respectfully Yours,

Sgt. Blohm Paul Anthony

2/4ID 3-16 FAR HHB
Thunder Pride

Dear Hon. R. Gary Klausner,

I am supposed to tell my story, but its proving very difficult.  See, I'm broken.

I would sincerely hope that the court would take into consideration the truth. That my service to this country broke me.  Utterly and completely.

I was absolutely a boots on the ground combat soldier in a war in service to this country.

Prior to that I was a model high school student with a high GPA and acceptance to a great many prestigious colleges and a bright promising future.

I instead and with the best intentions signed up to serve my country during a time of conflict and indeed went to that war.

The first time I ever held a firearm was an M16A2 assault rifle handed to me by a drill sergeant bearing the words United States Army across his chest.  The same words borne on my uniform as well.  Then I went halfway around the world with a similar rifle and it kept me alive, and other people in my platoon alive that I had and knew how to use this rifle.  That was instilled in me irrevocably and unequivocally in service to this country in a war.

These things should matter and be taken into consideration.

I have sought to have the people I have served with in the war to help tell the story of what I went through in Iraq, something I have found impossible to relive and a story that hurts me indescribably when I try to tell it.

One of these people, Sgt Paul Blohm, wrote a letter for me that brought me to tears, put me on my knees, and said everything I couldn't bring myself to say, in fact, some of the things he wrote I about I have spent so many years trying to forget that I had actually almost forgotten where my resentment and frustration at life originated.  Hearing someone else put to words every frustration and every pain I have been living with has emboldened me to give this letter another attempt.   I'm not as broken or as crazy as I had perhaps believed I was.  Every word he wrote in his letter reminded me of the pain and unfairness of all that I have been through.  I am not completely innocent.  I know that and to tell you any different would be a lie.  I'm a lot of things, both good and bad, like most human beings I am not perfect…not even close, but one thing I do my best to be is genuine.  So I will not sit here and write in this letter that I am without fault.  But what I will say is there is a story about how I ended up where I am today, and while I am not without blame, neither has life and circumstances been fair to me.

Thank you for your time and consideration.

Sincerely,

*[signature]*
3/24/2023

Robert Rissman